■ ROBERT SMITHSON, Appellant, v ILION HOUSING AUTHORITY et al., Respondents. (Appeal No. 2.)—Judgment unanimously affirmed, without costs. Same memorandum as in *Smithson v Ilion Hous. Auth.* ([appeal No. 1] 130 AD2d 965). (Appeal from judgment of Supreme Court, Herkimer County, Tenney, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.

■ ROBERT SMITHSON, Appellant, v ILION HOUSING AUTHORITY et al., Respondents. (Appeal No. 3.)—Appeal unanimously dismissed, without costs. Memorandum: During the pendency of this appeal from an order, a final judgment was entered in the same proceeding, and an appeal was taken from that judgment. Under these circumstances, our review is from the judgment, and the appeal from the order is dismissed *(see, Chase Manhattan Bank v Roberts & Roberts,* 63 AD2d 566, 567). (Appeal from order of Supreme Court, Herkimer County, Tenney, J.—art 78.) Present—Dillon, P. J., Callahan, Boomer, Balio and Davis, JJ.